```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 22-CR-60129-AHS-1
                                  19-CR-20674-DPG


    UNITED STATES OF AMERICA,
                                              Fort Lauderdale, Florida
                  Plaintiff(s),
                                              July 15, 2022
           vs.

    LAZARO HERNANDEZ,

                  Defendant(s).       Pages 1 - 8
    ------------------------------------------------------------

                          INITIAL APPEARANCE
               TRANSCRIBED FROM DIGITAL AUDIO RECORDING
                BEFORE THE HONORABLE LISETTE M. REID
                   UNITED STATES MAGISTRATE JUDGE

    APPEARANCES:

    FOR THE PLAINTIFF(S):   TIMOTHY J. ABRAHAM, ESQ.
                            UNITED STATES ATTORNEY'S OFFICE
                            9 NE 4th Street
                            Miami, FL 33132
                            305-961-9438
                            timothy.abraham@usdoj.gov
```

```
 1    APPEARANCES (CONT'D)

 2

 3    FOR THE DEFENDANT(S):   BENEDICT P. KUEHNE, ESQ.
                              KUEHNE DAVIS LAW, P.A
 4                            100 S.E. 2nd Street
                              Miami, FL 33131
 5                            305-789-5989
                              ben.kuehne@kuehnelaw.com
 6

 7
                              TERESA E. WILLIAMS, ESQ.
 8                            WILLIAMS LITIGATION GROUP
                              300 SW 12th Street
 9                            Fort Lauderdale, FL 33315
                              954-761-9131
10                            twilliams@williamslitigationgroup.com

11

12    TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                              Court Reporter
13                            jemancari@gmail.com

14

15

16

17

18

19

20

21

22

23

24

25
```

1  Thereupon,
2  the following proceedings were held:
3           THE DEPUTY CLERK:  The next case is United States v.
4  Lazaro Roberto Hernandez, case No. 19 20674.  Then the next
5  case is also Lazaro Hernandez, case No. 22 60129.
6           Now, is this the same Mr. Hernandez in both cases?
7           MR. ABRAHAM:  Yes, your Honor, it is.  Good morning,
8  your Honor.  Tim Abraham for the United States, covering for
9  both cases.
10          Frank Tamen is on the case in front of Judge Gayles
11 and I am on the case in front of Judge Singhal.
12          THE COURT:  OK.  Very good.  So you're handling both
13 today, though.
14          MR. ABRAHAM:  Yes, your Honor.
15          THE COURT:  So I have a report re counsel and
16 arraignment on both cases.  So who is representing
17 Mr. Hernandez?
18          MR. KUEHNE:  Good morning, your Honor.  In case 19
19 20674, criminal, Gayles, Ben Kuehne, of Kuehne Davis Law,
20 representing Mr. Hernandez, and this morning I filed on the
21 docket a formal notice of appearance.  I can give you the
22 docket entry number if you would like that.
23          THE COURT:  I think I have that here.
24          So this is a permanent appearance --
25          MR. KUEHNE:  It is.

```
 1                THE COURT:  -- in the case.
 2                MR. KUEHNE:  Your Honor, for that case.
 3                THE COURT:  OK.
 4                MR. KUEHNE:  Mr. Hernandez is prepared to proceed with
 5      the calendar on that case.
 6                THE COURT:  OK.  So before we do that, let me just
 7      see, I also have a notice of appearance on the other case, the
 8      Judge Singhal case.
 9                MS. WILLIAMS:  Good morning, your Honor.  Teresa
10      Williams on behalf of Lazaro Hernandez in reference to the
11      Broward County case.
12                THE COURT:  OK.  You have filed a notice of permanent
13      appearance as well?
14                MS. WILLIAMS:  I have, your Honor.
15                THE COURT:  OK.  Very good.
16                MS. WILLIAMS:  Thank you.
17                THE COURT:  So we can do arraignment in both of these
18      cases.  Let's start with the low number case first, case No. 19
19      20674.
20                MR. KUEHNE:  Good morning, Judge.  Ben Kuehne, counsel
21      of record, for Mr. Hernandez, who is present.
22                I have had an opportunity with Mr. Hernandez to read
23      the complete third superseding indictment.  Mr. Hernandez
24      waives a formal reading of that indictment.  He enters a not
25      guilty plea to all the charges of that third superseding
```

1  indictment and requests trial by jury.  He also requests
2  imposition of the appropriate standing discovery order
3  directive.
4          THE COURT:  Very good.  So I will accept your waiver
5  of the formal reading, enter the not guilty plea, note your
6  demand for a jury trial, and issue the standing discovery order
7  in that case.
8          MR. KUEHNE:  Thank you, Judge.
9          I have two matters that I will call housekeeping.
10         THE COURT:  Yes.
11         MR. KUEHNE:  Just to alert your Honor, I have informed
12 the U.S. Attorney's Office as well that the docket for the 19
13 CR 20674 still has the indictment sealed despite the order
14 unsealing.  So I have reviewed the indictment with a file stamp
15 on it with Mr. Hernandez, but I was unable to get a docket
16 entry --
17         THE COURT:  OK.
18         MR. KUEHNE:  -- as of last night.  It may have been
19 cleared up this morning, but I alerted the U.S. Attorney's
20 Office to that as well in case there is some processing that
21 your Honor needs to do.
22         THE COURT:  OK.
23         MR. KUEHNE:  That is one.
24         Number two, I informed the probation officer that I
25 will be asking to look at, since I've just entered an

1     appearance today, the Pretrial Services report that is usually
2     made available to counsel at the initial appearance, just
3     because coming into the case I'd like to know everything that
4     there is about this case.  So I'm told from the probation
5     office how to go about doing that.
6            If there is any requirement that I ultimately need to
7     do, I may come to the court to ask for leave to have an
8     opportunity to just look at that Pretrial Services report that
9     was made available to Mr. Hernandez's temporary counsel at his
10    initial appearance and bond hearing.
11           THE COURT:  I think the government should have it,
12    right?
13           Do you have the Pretrial Services report, Mr. Abraham?
14           MR. ABRAHAM:  Yes.  I don't have it with me, your
15    Honor, but I can send it to counsel.  Usually the report is
16    only reviewed by the parties for the purposes of bond or
17    detention and then returned.  So as long as the court is OK
18    with disclosing it to Mr. Kuehne, then we will give it to
19    Mr. Kuehne.
20           THE COURT:  Yes.  I think it's fine to disclose it to
21    him, and of course, he understands that it is a document that
22    is only for counsel's eyes --
23           MR. KUEHNE:  Absolutely, your Honor.
24           THE COURT:  -- and with client.
25           MR. KUEHNE:  I understand the confidentiality bit, and

```
 1    I do appreciate the court's assistance and the assistant U.S.
 2    attorney's assistance in that regard.
 3              Thank you, Judge.
 4              THE COURT:  OK.  All right.  Thank you.
 5              Betty, you can check to see if that indictment's been
 6    unsealed.
 7              THE DEPUTY CLERK:  It's still sealed.
 8              Please call the magistrate section and talk to
 9    somebody.
10              MR. KUEHNE:  Yes.  Yes, your Honor.  I will have
11    somebody do that.
12              THE DEPUTY CLERK:  Because I do see the order
13    unsealing.
14              THE COURT:  So it should have been done already?
15              THE DEPUTY CLERK:  Yes.
16              THE COURT:  OK.  All right.  Very good.
17              So next we go to case No. 22 60129.
18              MS. WILLIAMS:  Good morning, your Honor.  Teresa
19    Williams on behalf of Lazaro Hernandez.
20              At this time we enter a plea of not guilty, waive
21    formal reading, demand a jury trial, and request the standing
22    discovery order.
23              THE COURT:  Very good.  So I will accept your formal
24    waiver, waiver of formal reading of the indictment.  I will
25    enter the not guilty plea, note your demand for a jury trial,
```

1  and enter the standing discovery order in this case.
2              MS. WILLIAMS:  Thank you very much, your Honor.
3              THE COURT:  Anything else on your case?
4              MS. WILLIAMS:  I don't believe so.
5              THE COURT:  OK.  Very good.
6              MS. WILLIAMS:  Excellent.
7              THE COURT:  All right.  Thank you, Mr. Hernandez.
8              MR. ABRAHAM:  Thank you, Judge.
9              THE COURT:  Thank you, counsel.
10             MR. ABRAHAM:  Your Honor, Tim Abraham on that case as
11 well, just so the record is clear.
12             Thank you very much.
13             THE COURT:  OK.  Very good.
14             (Adjourned)
15
16                      C E R T I F I C A T E
17
18      I hereby certify that the foregoing is an accurate
19 transcription to the best of my ability of the digital audio
20 recording in the above-entitled matter.
21
22 April 22, 2024            s/ Joanne Mancari
                             Joanne Mancari, RPR, CRR, CSR
23                           Court Reporter
                             jemancari@gmail.com
24
25